THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael Anthony Howell,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2005-UP-328
Submitted May 1, 2005  Filed May 16, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Appellant, Michael Anthony Howell, was indicted for and convicted of armed robbery and possession of a firearm during the commission of a violent crime.  The trial judge sentenced Howell to life imprisonment without the possibility of parole.  Howells counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Howell did not file a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
 GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.